UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF CARNINE, | No.  13-cv-02654 TLN-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| LIBERTY LIFE ASSURANCE COMPANYOF BOSTON, and DOES 1 to 100, | |
| Defendants. | |

Plaintiff Jeff Carnine has moved to seal his verified Complaint and attached exhibits. (ECF 2.)  Plaintiff moves to seal the Complaint pursuant Federal Rule of Civil Procedure 5.2(a) on the grounds the verified Complaint and attached exhibits contain Plaintiff's financial records and medical records.  (Id.)

Federal Rule of Civil Procedure 5.2(a) provides that:

> "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only: (1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial-account number."

///

1

1    The court finds that, while redaction of the Plaintiff's financial information and sealing of

2    Plaintiff's medical records is appropriate, the public's interest in access to the judicial process

3    outweighs Plaintiff's interest in sealing the entirety of the verified complaint and each exhibit

4    attached thereto.  See Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) ("[A]

5    party seeking to seal judicial records must show that compelling reasons supported by specific

6    factual findings outweigh the general history of access and the public policies favoring

7    disclosure.") (internal quotations omitted).

8    Based on the foregoing, the court hereby GRANTS in part and DENIES in part Plaintiff's

9    request to seal.  Specifically:

10   1.  Plaintiff's motion to file under seal the entirety of the complaint and exhibits attached

11       thereto is hereby DENIED.

12   2.  Plaintiff may, however, redact financial information contained in the complaint and

13       exhibits attached thereto in accordance with Federal Rule of Civil Procedure 5.2.

14   3.  Plaintiff's motion to file his medical records under seal is GRANTED.

15   4.  Plaintiff is ordered to file the verified complaint in accordance with this order within

16       21 days of the issuance of the order.

17

18   DATED: January 8, 2014

19

20

21                                      Troy L. Nunley
                                        United States District Judge
22

23

24

25

26

27

28

2