PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF CARNINE,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>and DOES 1 to 100,<br><br>         Defendants. | Case No: 2:13-cv-02654-TLN-DAD<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

Based on the stipulation by and between plaintiff JEFF CARNINE and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through the parties' attorneys of record, that Defendant shall receive a further extension of time to respond to plaintiff's Complaint in this action and shall have up to and including April 11, 2014 to file its response, the stipulation is GRANTED and Defendant shall have up to and including April 11, 2014 to file its responsive pleading.

**IT IS SO ORDERED**

Dated: March 31, 2014

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING STIP TO EXTEND TIME TO RESPOND TO COMPLAINT, CASE NO. 2:13-CV-02654-TLN-DAD