| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | STACY M. TUCKER. (SBN 218942) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA 94063-2052 |
| | Telephone:    (650) 364-8200 |
| 4 | Facsimile:    (650) 780-1701 |
| | Email: pcogan@rmkb.com, stucker@rmkb.com |
| 5 | Attorneys for Defendant, |
| | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF CARNINE, | Case No: 2:13-cv-02654-TLN-DAD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 100, | |
| Defendants. | |

Based on the stipulation by and between plaintiff JEFF CARNINE and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through the parties' attorneys of record, that Defendant shall receive a further extension of time to respond to plaintiff's Complaint in this action and shall have up to and including May 9, 2014 to file its response, the stipulation is GRANTED and Defendant shall have up to and including May 9, 2014 to file its responsive pleading.

**IT IS SO ORDERED**
Dated: April 14, 2014

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING STIP TO EXTEND TIME TO RESPOND TO COMPLAINT, CASE NO. 2:13-CV-02654-TLN-DAD